# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re    J. Potter, Inc.     ,
         Debtor

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HTC, Inc.<br>3270 West Big Beaver Road<br>Troy, MI 48084 | | | | 5,536.81 |
| Advanta Bank Corp.<br>c/o FDIC<br>40 Pacifica, Suite 1000<br>Irvine, CA 92618<br>Attn: Claims Agent | | | | 5,660.00 |
| LVNV Funding LLC<br>PO Box 10497<br>Greenville, SC 29603 | | | | 5,682.01 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - SBLD-JAZS-VYMS - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington, DE<br>19886-5019 | | | | 6,480.00 |
| Chase<br>PO Box 15298<br>Wilmington, DE<br>19850-5298 | | | | 6,702.00 |
| Citibank<br>P.O. Box 6405<br>Sioux Falls, SD 57117 | | | | 7,877.00 |
| JTS Machinery and Supply<br>7509 Tyler Boulevard<br>Mentor, OH<br>44060-5403 | | | | 8,079.47 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL<br>60197-6103 | | | | 8,174.96 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE<br>19886-5019 | | | | 8,912.00 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE<br>19886-5019 | | | | 9,833.00 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC<br>28272-1083 | | | | 13,334.09 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - SBLD-JAZS-VYMS - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Express<br>P.O. Box 981540<br>El Paso,<br>TX 79998-1540 | | | | 13,839.87 |
| Citibank<br>P.O. Box 6405<br>Sioux Falls, SD 57117 | | | | 15,869.50 |
| DGI Supply, Inc.<br>1480 South Wolf Road<br>Wheeling, IL 60090 | | | | 17,092.34 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | | | 18,781.40 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | | | | 20,181.00 |
| ATI Stellram<br>1 Teledyne Place<br>La Vergne, TN 37086 | | | | 25,182.66 |
| First National Bank of Pennsylvania<br>4140 East State Street<br>Hermitage, PA 16148 | | | | 64,000.00 |
| First National Bank of Pennsylvania<br>4140 East State Street<br>Hermitage, PA 16148 | | | | 99,000.00 |
| Walter A. Cwynar<br>Sharon P. Cwynar<br>744 Melody Lane<br>New Castle, PA 16101 | | | | 139,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   October 31, 2011

Signature   /s/ Matthew Allison

MATTHEW ALLISON,
President

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.3-762 - SBLD-JAZS-VYMS - PDF-XChange 3.0